UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER, )
)
Plaintiff, )
) Civil Action No. 10-11346-PBS
v. )
)
UMASS MEDICAL CORRECTIONAL HEALTH, )
TERRE K. MARSHALL, DYANA NICKL, )
RUSSELL PHELPS, MARLENE DODGE, )
ANGELA D'ANTONIO, LYNN SAROA, )
THOMAS DICKHAUT, and PAMELA O'DELL )
)
Defendants. )

## REPORT AND RECOMMENDATION ON
## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
[Docket No. 46]

July 22, 2011

Boal, M.J.

On July 22, 2010, pro se Plaintiff Derek Sincere Black Wolf Cryer ("Cryer") filed a complaint against several defendants in relation to allegedly inadequate medical care he received while incarcerated at the Souza-Baranowski Correctional Center. [Docket No. 1]. Cryer amended his complaint on February 4, 2011. [Docket No. 14]. The clerk reissued summonses on March 8, 2011. [Docket No. 31].

By letter dated March 15, 2011, Cryer contacted Attorney James Bello and requested that he accept service of the amended complaint for UMass Medical Correctional Health, Terre K. Marshall, Russell Phelps, Dyana Nickl, Marlene Dodge, Lynn Saroa, and Angela D'Antonio ("UMCH defendants"). Plaintiff's Motion for Default Judgment ("Plaintiff's Motion"), Ex. A;

1