UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER, )
)
Plaintiff, )
) Civil Action No. 10-11346-PBS
v. )
)
UMASS MEDICAL CORRECTIONAL HEALTH, )
TERRE K. MARSHALL, DYANA NICKL, )
RUSSELL PHELPS, MARLENE DODGE, )
ANGELA D'ANTONIO, LYNN SAROA, )
THOMAS DICKHAUT, and PAMELA O'DELL )
)
Defendants. )

### REPORT AND RECOMMENDATION

[Docket Nos. 27, 54, 56, 62, 75]

November 25, 2011

Boal, M.J.

Plaintiff Derek Sincere Black Wolf Cryer ("Cryer") has sued, pro se,[1] various defendants alleging that they committed, among other things, negligence and constitutional violations by failing to provide him with adequate medical care. (Docket No. 1). Defendant UMass Medical Correctional Health ("UMCH") has moved to dismiss the complaint pursuant to Rule 12(b)(1). (Docket No. 54). In response to UMCH's motion, Cryer voluntarily has moved to dismiss UMCH from the complaint and substitute "UMCH Employee(s) Policy Makers" in its stead.

---

[1] Accordingly, this Court is required to construe Cryer's pleadings liberally. Ayala Serrano v. Gonzalez, 909 F.2d 8, 15 (1st Cir. 1991).

1

*[handwritten margin notes: After a review of the objections, which were very difficult to read, the Court adopts the report and recommendation. Defendants Santos [illegible] shall submit a form of judgment. /s/ [signature] 2/10/2012]*